UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                      Judgment Creditor,

     v.                                        15 CR 730-01

HONG PING HE,

                      Judgment Debtor.

      WHEREAS, in June 2015, Hong Ping He paid $3,000 to the Clerk of Court as and for her appearance bond, and those funds remain on deposit with the Clerk of Court;

      WHEREAS, on June 30, 2016, the Court sentenced Hong Ping He and ordered her to pay a $100 mandatory special assessment and $9,520 in restitution; and

      WHEREAS, the Government has moved pursuant to 18 U.S.C. § 3613 and 28 U.S.C. § 2044 for an order to apply the bond deposit currently held by the Clerk of Court to satisfy the outstanding restitution balance;

      IT IS HEREBY ORDERED that the Clerk of Court shall transfer or otherwise apply the $3,000.00 in funds held in the Court's registry on behalf Hong Ping He to satisfy her outstanding restitution obligation.

Dated:  August 30, 2022
         New York, New York

                                                      J. PAUL OETKEN
                                              United States District Judge